## 30777. COWART v. THE STATE.

JORDAN, Justice.

Mike Cowart was convicted of criminal attempt to commit statutory rape, and his conviction was affirmed by the Court of Appeals. *Cowart v. State,* 136 Ga. App. 528 (221 SE2d 649) (1975). We granted certiorari to consider a burden-shifting charge by the trial judge on the appellant's affirmative defense of abandonment of the effort to commit the crime. Code Ann. § 26-1003 (Ga. L.

1968, pp. 1249, 1275). The trial judge instructed the jury that this defense must be made to appear by a preponderance of the evidence.

In *State v. Moore*, 237 Ga. 269 (1976), this court held that it was not error to give a similar charge on the affirmative defense of coercion, but that such a burden-shifting charge would not be approved in cases tried after the final date of that decision.

*Judgment affirmed. All the Justices concur, except Gunter, Ingram, and Hill, JJ., who dissent.*

ARGUED APRIL 12, 1976 — DECIDED JUNE 30, 1976 — REHEARING DENIED JULY 14, 1976.

*John W. Timmons, Jr., Jack H. Affleck,* for appellant.

*Harry N. Gordon, District Attorney, B. Thomas Cook, Jr., Assistant District Attorney,* for appellee.

HILL, Justice, dissenting.

I respectfully dissent. I would adopt the opinion of the Court of Appeals in *Moore v. State,* 137 Ga. App. 735 (224 SE2d 856) (1976).

I am authorized to state that Justice Ingram joins in this dissent.